PROB.22
(Rev. 2/88)

| | | | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court)<br>1:03CR00027-001 | |
| | | DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>Guarionex Marmolejos-Agramonte | DISTRICT<br>Rhode Island | DIVISION<br>Providence | |
| | NAME OF SENTENCING JUDGE<br>Honorable Mary M. Lisi<br>U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM:<br>July 18, 2003 | TO:<br>July 17, 2006 |

OFFENSE

Illegal Re-Entry After Deportation, Title 8, United States Code, Section 1326(a)(1).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF TEXAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

10/7/05
*Date*

Mary M. Lisi
*Honorable Mary M. Lisi*
*U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF TEXAS**.

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/14/05
*Date*

*United States District Judge*